**Earnest Cassell WOODS II,**
**Plaintiff-Appellant,**

v.

**Darrell ADAMS; Maurice Junious; Nichols; Meraz; Phillips; Mora; William McGuinness; Eleanor Sandoval, Defendants-Appellees.**

**No. 14-16335**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted September 14, 2017 San Francisco, California

Filed October 06, 2017

Karen Lehmann Alexander, Heather Uttecht Guerena, Attorney, Duane Morris LLP, San Diego, CA, for Plaintiff-Appellant

Neah Huynh, Deputy Attorney General, AGCA—Office of the California Attorney General, San Francisco, CA, Kevin Allen Voth, Deputy Attorney General, California Department of Justice, San Francisco, CA, for Defendant-Appellee

Before: KOZINSKI and FRIEDLAND, Circuit Judges, and ARTERTON,* District Judge.

## MEMORANDUM **

1. The district court didn't err by finding that Woods failed to show "imminent dan-

---

* The Honorable Janet Bond Arterton, United States District Judge for the District of Connecticut, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provid-

ger of serious physical injury." 28 U.S.C. § 1915(g). This case is unlike <u>Williams</u> v. <u>Paramo</u>, where the prisoner alleged actual threats of violence. <u>See</u> 775 F.3d 1182, 1190 (9th Cir. 2015).

2. We grant Woods's first three motions for judicial notice and deny his fourth motion for judicial notice. Fed. R. Evid. 201(b).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.